

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

EDLA
SEC. L/3

| | |
|---|---|
| *Robert Lyon v. Merck & Co., Inc., et al.*, E.D. California, C.A. No. 2:06-2829 | 07-1077 |
| *Vadim Gelman, et al. v. Merck & Co., Inc.*, E.D. New York, C.A. No. 1:06-6274 | 07-1078 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Lyon* and *Gelman*) on January 19, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Lyon* and *Gelman* filed notices of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motions and briefs to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-81" filed on January 19, 2007, is LIFTED insofar as it relates to these two actions. The actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel